CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**FILED**

Dec 19 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILBERT MAXIMILIANO GALAVIZ, <br><br> Defendant. | CASE NO. 3:25-mj-71507 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 18, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☐    Criminal Complaint

☒    Other (describe) <u>Petition for Warrant for Person Under Supervision (Form 12)</u>

pending in the Eastern District of California, Case Number <u>20-CR-0005 JLT-SKO</u>.

In that case (copy of Supervised Release Petition attached), the defendant is charged with a violation of Title 18 United States Code, Section 3583(e).

1. Description of Charges: Violation of the Conditions of Supervised Release.
2. The maximum penalties are as follows:
3. 2 years' custody
4. 3 years' supervised release, minus any term of custody imposed.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: December 18, 2025

    /s/ *Kevin J. Barry*
KEVIN J. BARRY
Assistant United States Attorney

v. 8/29/2025

# ATTACHMENT A

AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL ISSUED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gilbert Maximillano Galaviz | ) | Case No. 1:20-cr-00005-JLT-SKO |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

USMS FRESNO RCVD
NOV 4 2025 AM 9:04

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gilbert Maximillano Galaviz,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC 3143 - Violation of Supervised Release

Date: 11/03/2025

*Issuing officer's signature*

City and state: Fresno, CA

J. Xiong, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

ORIGINAL
ISSUED



Case 3:25-mj-71507-MAG    Document 1    Filed 12/19/25    Page 5 of 14

# ATTACHMENT B

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | |
|---|---|
| **Name of Person Under Supervision:** | Gilbert Maximillano Galaviz |
| **Docket Number:** | 0972 1:20CR00005-001 |

**Name of Judicial Officer:** United States District Judge Jennifer L. Thurston

**Date of Original Sentence:** 1/16/2024

**Original Offense:** 18 U.S.C. § 922(g)(1) Felon in Possession of Firearm (CLASS C FELONY)

**Original Sentence:** Time Served in Custody, 36 months Supervised Release, DNA Collection, Mandatory Drug Testing, $100 Special Assessment

**Special Conditions:** 1) Warrantless Search, 2) Outpatient Drug/Alcohol Treatment, 3) Drug/Alcohol Testing, 4) Abstain from alcohol 5) Aftercare Co-payment, 6) Not associate with gang members of the Norteño street gang, 7) Complete 20 hours of community service until employed

**Type of Supervision:** TSR

**Date Supervision Commenced:** 1/17/2024

**Other Court Actions:**
none

I hereby certify that the annexed Instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 11/3/2025

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**       **Nature of Violation**



**RE: Gilbert Maximillano Galaviz**                           **Docket Number: 0972 1:20CR00005- 001**

**Charge 1:    FAILURE TO NOTIFY PROBATION OF A CHANGE OF ADDRESS**

The supervisee left the approved residential sober living program and did not provide a new address. Additionally, the supervisees current whereabouts are unknown. This is in violation of the standard condition of supervision, to wit: *"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements, you must notify the probation officer at least 10 days before the change."*

**Charge 2:    FAILURE TO REPORT TO THE PROBATION OFFICER AS INSTRUCTED**

USPO Davis has given the supervisee reporting instructions on April 23, 2025, and October 20, 2025, and the supervisee has failed to report as instructed. This is in violation of the standard condition of supervision, to wit: *"You must report to the probation officer as instructed"*

**Charge 3:    FAILURE TO NOTIFY PROBATION OF A CHANGE IN EMPLOYMENT**

On October 21, 2025, USPO Davis attempted to contact the supervisee at his reported employment. USPO Davis was informed the supervisee has not worked there for months. This is in violation of the standard condition of supervision, to wit: *"If you plan to change where you work or anything about your work, you must notify the probation officer at least 10 days in advance."*

**Justification:** On January 18, 2024, supervision was transferred to the Northern District of California.

On April 17, 2025, USPO Davis contacted the supervisee by telephone and directed him to report to the probation office on April 23, 202,5 at 0900 hours. On April 23, 2025, the supervisee failed to report and did not respond to any further correspondence.

On October 17, 2025, United States Probation Officer (USPO) Davis attempted to contact the supervisee at his reported address, 1335 Quesada Avenue in San Francisco, CA. This residence is a sober living environment run by Bayview Senior Services. Upon arriving, USPO Davis received no response and left a business card at the front door directing the supervisee to call back immediately. The supervisee did not return USPO Davis's phone call.

On October 20, 2025, USPO Davis emailed the supervisee and directed him to report on that same day at 1500 hours. The supervisee failed to report at the directed time and did not respond to any correspondence.

On October 23, 2025, USPO Davis attempted to contact the supervisee at his reported address. USPO Davis made contact with another resident, who reported the supervisee had not lived at the residence since June.

On October 29, 2025, USPO Davis spoke with Michael Paisley, Director at Bayview Senior Services, the sober living the supervisee was reporting as his residence. He reported the supervisee no longer lives at the residence and hadn't lived there in months.

Case 3:25-mj-71507-MAG   Document 1   Filed 12/19/25   Page 10 of 14
Case 1:20-cr-00005-JLT-SKO   Document 71 *SEALED* (Court only)   Filed 11/03/25
Page 3 of 7

RE: Gilbert Maximillano Galaviz                    Docket Number: 0972 1:20CR00005- 001

**Detention:** Considering the supervisee's failure to comply with the conditions of the Court, it is recommended a no-bail warrant be issued. It is respectfully recommended that the Court detain him pending disposition of this violation petition as he is deemed a risk to himself, the community, and is also considered a flight risk.

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**     October 31, 2025
                    Visalia, California

Respectfully submitted,

Ryan Leasure
United States Probation Officer
Telephone: (559)731-1213

**DATED:**   10/31/2025

Reviewed by,

Daniel Alejandro
Supervising United States Probation Officer

Case 3:25-mj-71507-MAG   Document 1   Filed 12/19/25   Page 11 of 14
Case 1:20-cr-00005-JLT-SKO   Document 71 *SEALED* (Court only)   Filed 11/03/25
Page 4 of 7

**RE: Gilbert Maximillano Galaviz**            **Docket Number: 0972 1:20CR00005- 001**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

Dated: __October 31, 2025__                         *Jennifer L. Thurston*
                                                   UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Laurel Montoya  Fresno Forfeiture Unit

United States Marshal Service

Case 3:25-mj-71507-MAG   Document 1   Filed 12/19/25   Page 12 of 14
Case 1:20-cr-00005-JLT-SKO   Document 71 *SEALED* (Court only)   Filed 11/03/25
Page 5 of 7

RE: Gilbert Maximillano Galaviz                              Docket Number: 0972 1:20CR00005- 001

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Jennifer L. Thurston
United States District Judge
Fresno, California

                                        RE:    Galaviz, Gilbert Maximillano
                                                        **Docket Number:** 0972 1:20CR00005

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**    **FAILURE TO NOTIFY PROBATION OF A CHANGE OF ADDRESS**
                  **Witnesses:**

                  1. United States Probation Officer, Ryan Leasure

                  2. United States Probation Officer, Timothy Davis

**Charge 2:**    **FAILURE TO REPORT TO THE PROBATION OFFICER AS INSTRUCTED**
                  **Witnesses:**

                  1. United States Probation Officer, Ryan Leasure

                  2. United States Probation Officer, Timothy Davis

**Charge 3:**    **FAILURE TO NOTIFY PROBATION OF A CHANGE IN EMPLOYMENT**
                  **Witnesses:**

                  1. United States Probation Officer, Ryan Leasure

                  2. United States Probation Officer, Timothy Davis

Case 3:25-mj-71507-MAG   Document 1   Filed 12/19/25   Page 13 of 14
Case 1:20-cr-00005-JLT-SKO   Document 71 *SEALED* (Court only)   Filed 11/03/25
Page 6 of 7

**RE: Gilbert Maximillano Galaviz**  **Docket Number: 0972 1:20CR00005- 001**

Respectfully submitted,

*[signature]*

**Ryan Leasure**
**United States Probation Officer**
Telephone: (559)731-1213

**DATED:** 10/31/2025
Visalia, California

Reviewed by,

*[signature]*

**Daniel Alejandro**
**Supervising United States Probation Officer**

Case 3:25-mj-71507-MAG   Document 1   Filed 12/19/25   Page 14 of 14
Case 1:20-cr-00005-JLT-SKO   Document 71 *SEALED* (Court only)   Filed 11/03/25
Page 7 of 7

**RE: Gilbert Maximillano Galaviz**                **Docket Number: 0972 1:20CR00005- 001**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:**   Gilbert Maximillano Galaviz         **Docket Number:**   0972 1:20CR00005

**Date of Original Offense:**   1/16/2024

**Original term of supervised release imposed:** 3 years

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** VI

**Original guideline range: 63 to 78 months.**

**Chapter 7 range of imprisonment: 8 to 14 months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒    Class C and/or D felony - 2 years

**Violation requires mandatory revocation: YES:** ☐   **NO:** ☒

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.